Hume WILSON v. UNITED STATES of America.

No. 7629.

Circuit Court of Appeals, Sixth Circuit.

Feb. 11, 1937.

Mac Swinford, U. S. Atty., of Lexington, Ky.

Before HICKS, SIMONS, and ALLEN, Circuit Judges.

PER·CURIAM.

It is ordered that the appeal herein be, and the same is, docketed and dismissed, pursuant to motion of appellee. Costs to be charged against the government as constructive earnings.

Peter YOUNG, Plaintiff-Appellant, v. NEW YORK, NEW HAVEN & HARTFORD RAILROAD COMPANY, Defendant-Appellee.

No. 201.

Circuit Court of Appeals, Second Circuit.

Jan. 8, 1937.

Submitted without argument.

Thomas J. O'Neill, of New York City (Charles R. Mullin, of New York City, of counsel), for appellant.

Edward R. Brumley, of New York City, for appellee.

Before MANTON, L. HAND, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM.

Judgment affirmed in open court.